# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 13-2550(10) (DEA) |
| v. | |
| MENDEL EPSTEIN, et al. | BAIL MODIFICATION ORDER |

Defendant SHOLOM SHUCHAT having been arrested on a criminal complaint charging the defendant with conspiracy to kidnap, in violation of Title 18, United States Code, Section 1201(c); and the defendant having appeared before the Court for an initial appearance on October 10, 2013; and having been released to home confinement and electronic monitoring subject to the supervision of Pretrial Services in the Eastern District of New York; and with the consent of the United States:

IT IS on this 19th day of December, 2013,

ORDERED that Sholom Shuchat may be released from home confinement daily, Monday through Friday at 7:00 a.m., to attend morning prayers at 768 Montgomery Avenue in Brooklyn, New York and thereafter to travel to Newark, New Jersey, to work at the offices of IDT at 550 Broad Street, Newark New Jersey according to the following work schedule:

9:00 a.m. -- 6:00 p.m. on Monday, Tuesday and Thursday, returning home by 7:30 p.m.

9:00 a.m. -- 5:00 p.m. on Wednesday, traveling to a gym at 1706 McDonald Avenue, Brooklyn, New York, for physical exercise, returning home by 9:00 p.m.

9:00 a.m. – 12:30 p.m. on Friday returning home by 2:00 pm; and it is further

ORDERED that Sholom Shuchat may be released from home confinement to attend Sabbath prayers on Friday and Saturday from 3:45p.m. – 6:15 p.m. and on Saturday from 9:45 a.m. – 2:00 p.m. at 580 Crown Street, Brooklyn, New York; and it is further

ORDERED that Sholom Shuchat may be released from home confinement on Sunday from 7:30 a.m. to travel to a gym at 1706 McDonald Avenue, Brooklyn, New York for physical exercise then travel to 226-20 Francis Lewis Blvd. Queens, New York, for morning prayers and religious study between 11:00 a.m. and 4:00 p.m., returning home by 5:00 p.m.; and it is further

ORDERED that Sholom Shuchat shall be subject to GPS monitoring under the supervision of his Pretrial Services officer.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge